AIAN Dale Warren TDC 1558446          DATE 1-22-15
EXP D.L. 08216230       73,114-04,-05    DoB 7-6-59
EXP I.D. 15925408                        S.S. 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
Congressional 19010                      CASE NO 94-M-044
Amnesty 712 159801                       CASE NO 08-235
Civil VCO 814

I AM WRITTING You Concerning BArgening oF my
APPeal   I Do NEED TRANSPORT Now To 2323
AVE E Bay City TX 77414 on my APPeal oF CASE 94-M-044
ANO Case-08-235
        The MedIcal DeARTMENT ANd A oFFender who
FrAmed Me AIc useAng Medical To STop my APPeal
I SAy AgAin iF There is Not No TRAnsPort Then
There is No APPeal
        I AM APPealing my CAse 08-235 & 94-M-044
                    Sign X Alan Dale Warren

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk